# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN M., <br><br>      Plaintiff, <br><br>      v. <br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br>      Defendant. | Case No. 5:22-cv-00554-GJS <br><br>**JUDGMENT** |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is **DISMISSED WITH PREJUDICE**.

DATED: April 21, 2023

                                                    _____
                                                    GAIL J. STANDISH
                                                    UNITED STATES MAGISTRATE JUDGE